AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Delaware__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>19-1955-LPS | DATE FILED<br>10/15/2019 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>OTSUKA PHARMACEUTICAL CO., LTD. and H. LUNDBECK A/S | | DEFENDANT<br>TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  7,888,362 | 02/15/2011 | Otsuka Pharmaceutical Co., Ltd. |
| 2  8,349,840 | 01/08/2013 | Otsuka Pharmaceutical Co., Ltd. |
| 3  8,618,109 | 12/31/2013 | Otsuka Pharmaceutical Co., Ltd. |
| 4  9,839,637 | 12/12/2017 | Otsuka Pharmaceutical Co., Ltd. |
| 5  10,307,419 | 06/04/2019 | Otsuka Pharmaceutical Co., Ltd. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

Stip. Consent Judgment and Injunction

| CLERK<br>John A. Cerino | (BY) DEPUTY CLERK | DATE<br>4-27-2022 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD., AND H. LUNDBECK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>ZENARA PHARMA PRIVATE LTD., et al.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 19-1938-LPS (consolidated)<br>)<br>) C.A. No. 19-1955-LPS<br>) C.A. No. 20-1423-LPS<br>)<br>)<br>)<br>) |
| OTSUKA PHARMACEUTICAL CO., LTD., AND H. LUNDBECK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 22-221-LPS<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATED CONSENT JUDGMENT AND INJUNCTION
### (Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.)

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Otsuka Pharmaceutical Co., Ltd. ("Otsuka") and H. Lundbeck A/S and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. ("Teva"), through their undersigned counsel of record, that:

1. All claims, counterclaims, affirmative defenses and demands between Otsuka and Teva in these actions are hereby dismissed without prejudice and without costs, disbursements, or attorneys' fees to any party.

{01784354;v1 }

2. Teva Pharmaceuticals USA, Inc. and anyone acting on the behalf of Teva Pharmaceuticals USA, Inc., except as expressly licensed by Plaintiffs, will be enjoined until expiration of U.S. Patent No. 8,349,840, U.S. Patent No. 8,618,109, U.S. Patent No. 9,839,637, U.S. Patent No. 10,307,419 and U.S. Reissue Patent No. RE48059 from making, using, offering for sale, selling or importing the products that are the subject of Teva Pharmaceuticals USA, Inc.'s Abbreviated New Drug Application ("ANDA") No. 213692 in the United States.

3. Nothing herein prevents FDA from granting final approval to ANDA No. 213692 at any time.

4. Each party will bear its own attorneys' fees and costs.

5. This Court will retain jurisdiction to enforce this Consent Judgment and Injunction and the parties' related agreements resolving these cases.

| ASHBY & GEDDES | SHAW KELLER LLP |
|---|---|
| /s/ Andrew C. Mayo | /s/ Nathan R. Hoeschen |
| Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Plaintiffs Otsuka Pharmaceutical Co., Ltd. and H. Lundbeck A/S* | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, Delaware 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br><br>*Attorneys for Defendant Teva Pharmaceutical USA, Inc. and Teva Pharmaceutical Industries Ltd.* |

{01784354;v1 }

SO ORDERED this 27th day of April, 2022.

_____
United States District Judge